UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
RAPPA, DANIEL PATRICK  
RAPPA, JENNIFER LYNN  

Case No.: 16-31734-ABA  
Chapter: 7  
Judge: Andrew B. Altenburg, Jr.

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | James J. Waldron, Clerk  
US Bankruptcy Court  
District of New Jersey  
PO Box 2067  
Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr. on January 31, 2017, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 381 IVES AVENUE, CARNEYS PT, NJ  
(FMV $157,000.00) |
|---|---|

| Liens on property: | $107,618.00 - Ditech  
$20,168.00 - Chase  
$1,116.00 - Carneys Pt Tax Collector  
$190.72 - US Bank – Tax Lien |
|---|---|

| Amount of equity claimed as exempt: | $0.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:      Andrew Sklar, Chapter 7 Trustee

Address:   1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-31734-ABA
Daniel Patrick Rappa                                                Chapter 7
Jennifer Lynn Rappa
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                Page 1 of 3              Date Rcvd: Dec 21, 2016
                              Form ID: pdf905            Total Noticed: 70

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2016.
```
db/jdb         +Daniel Patrick Rappa,    Jennifer Lynn Rappa,    1604 S. Delaware Street,
                 Paulsboro, NJ 08066-1415
516498010       ARS National Services, Inc.,    P.O. Box 263023,    Escondido, CA 92046-3023
516498011      +Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
516498012      +Bank Of America,    4909 Savarese Cir,    Tampa, FL 33634-2413
516498013      +Barclays Bank Delaware,    Po Box 8801,    Wilmington, DE 19899-8801
516498014      +Barclays Bank Delaware,    P.o. Box 8803,    Wilmington, DE 19899-8803
516498016     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One,    15000 Capital One Dr,    Richmond, VA 23238)
516498020     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Childrens Place/Citicorp Credit Services,
                 Attn: Citicorp Credit Services,    Po Box 20507,    Kansas City, MO 64195)
516498015      +Capital One,    Po Box 30285,    Salt Lake City, UT 84130-0285
516498017      +Carneys Point Twp Tax Collector's Office,    303 Harding Highway,
                 Carney's Point, NJ 08069-2248
516498018      +Chase Mortgage,    3415 Vision Dr,    Columbus, OH 43219-6009
516498019      +Chase Mortgage,    P.o. Box 24696,    Columbus, OH 43224-0696
516498021      +Childrens Place/Citicorp Credit Services,    Po Box 6497,    Sioux Falls, SD 57117-6497
516498023      +Citibank / Sears,    Po Box 6282,    Sioux Falls, SD 57117-6282
516498022      +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
516498025      +Citibank/The Home Depot,    Po Box 6497,    Sioux Falls, SD 57117-6497
516498024      +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
516498026       Comenity Bank/Express,    Po Box 18215,    Columbus, OH 43218
516498027      +Comenity Bank/Express,    Po Box 182789,    Columbus, OH 43218-2789
516498029      +Comenity Bank/Peebles,    Po Box 182789,    Columbus, OH 43218-2789
516498028      +Comenity Bank/Peebles,    Po Box 182125,    Columbus, OH 43218-2125
516498035    ++++DITECH,   332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
                (address filed with court: Ditech,    332 Minnesota St Ste 610,    Saint Paul, MN 55101)
516498036      +Dymere Rappa,    1604 S. Delaware St.,    Paulsboro, NJ 08066-1415
516498037       Employment Security Agency,    CN-077,    Trenton, NJ 08625
516498039     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court: Ford Motor Credit,    National Bankruptcy Service Center,
                 Po Box 62180,    Colorado Springs, CO 80962)
516498038       Firstsource Advantage, LLC,    P.O. Box 628,    Buffalo, NY 14240-0628
516498040      +Ford Motor Credit,    Po Box Box 542000,    Omaha, NE 68154-8000
516518419       JPMorgan Chase Bank, N.A.,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,
                 Rochester, MI 48308-0730
516498044       LVNV Funding,    C/o Resurgent Capital Services,    Greenville, SC 29603
516498045       M&T Credit Services,    1100 Worley Drive,    Consumer Asset Management 2nd Floor/Attn,
                 Williamsville, NY 14221
516498048      +Mid Am B&T Credit Card,    5109 S Broadband Ln,    Sioux Falls, SD 57108-2208
516498047      +Mid Am B&T Credit Card,    Po Box 68,    Ralla, MO 65402-0068
516498049      +N.J. Division of Taxation,    Bankruptcy Unit, 9th Floor,    50 Barrack Street,    CN-245,
                 Trenton, NJ 08646-0001
516498050       Nationwide Credit Inc,    PO Box 26314,    Lehigh Valley, PA 18002-6314
516498052      +Navient,    123 S Justison St Ste 30,    Wilmington, DE 19801-5360
516498053       New Jersey Attorney General Office,    Division of Law,    Richard J. Hughes Justice Complex,
                 25 Market Street, P.O. Box 112,    Trenton, NJ 08625-0112
516498054      +Office of Attorney General,    Hughes Justice Complex,    P.O. Box 080,    25 W. Market Street,
                 Trenton, NJ 08611-2148
516498055      +Phelan Hallinan Diamond & Jones, PLLC,    400 Fellowship Road,    Suite 100,
                 Mount Laurel, NJ 08054-3437
516498056       State of New Jersey,    Division of Taxation,    P.O. Box 046,    Trenton, NJ 08646-0046
516498057       State of New Jersey, Dept of Treasury,    Division of Pensions and Benefits,    PO Box 295,
                 Trenton, NJ 08625-0295
516498067       Tara Tweed,    2608 Montclare Drive,    Wilmington, DE 19808-3839
516498069      +Tnb-Visa (TV) / Target,    Po Box 673,    Minneapolis, MN 55440-0673
516498068      +Tnb-Visa (TV) / Target,    C/O Financial & Retail Services,    Mailstop BV   PO Box 9475,
                 Minneapolis, MN 55440-9475
516498071      +US Bank Cust/Pro Cap 4&CRDTR4,    50 South 16th Street,    Suite 2050,
                 Philadelphia, PA 19102-2516
516498072      +Visa Dept Store National Bank,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
516498073      +Visa Dept Store National Bank,    Po Box 8218,    Mason, OH 45040-8218
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 21 2016 23:05:44      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 21 2016 23:05:41      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
```

```
District/off: 0312-1           User: admin              Page 2 of 3               Date Rcvd: Dec 21, 2016
                               Form ID: pdf905          Total Noticed: 70
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
516498008      +E-mail/Text: info@apifcu.com Dec 21 2016 23:06:17      Advantageplus Of India,
                 1122 N Fruitridge Ave,    Terre Haute, IN 47804-1713
516498009      +E-mail/Text: roy.buchholz@allianceoneinc.com Dec 21 2016 23:04:41      Alliance One,
                 PO Box 3111,    Southeastern, PA 19398-3111
516498030      +E-mail/Text: creditonebknotifications@resurgent.com Dec 21 2016 23:04:47      Credit One Bank Na,
                 Po Box 98873,    Las Vegas, NV 89193-8873
516498031      +E-mail/Text: creditonebknotifications@resurgent.com Dec 21 2016 23:04:47      Credit One Bank Na,
                 Po Box 98875,    Las Vegas, NV 89193-8875
516498033       E-mail/Text: mrdiscen@discover.com Dec 21 2016 23:04:43      Discover Financial,   Po Box 15316,
                 Wilmington, DE 19850
516498032      +E-mail/Text: mrdiscen@discover.com Dec 21 2016 23:04:43      Discover Financial,   Po Box 3025,
                 New Albany, OH 43054-3025
516498034      +E-mail/Text: bankruptcy.bnc@ditech.com Dec 21 2016 23:05:20      Ditech,   Attn: Bankruptcy,
                 Po Box 6172,    Rapid City, SD 57709-6172
516498041      +E-mail/Text: fggbanko@fgny.com Dec 21 2016 23:04:53      Glenn Garbus, Esquire,
                 Forster, Garbus & Garbus,    7 Banta Place,   Hackensack, NJ 07601-5604
516498042       E-mail/Text: cio.bncmail@irs.gov Dec 21 2016 23:05:04      Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
516498043      +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 21 2016 23:07:22      LVNV Funding,
                 Po Box 10497,    Greenville, SC 29603-0497
516498046       E-mail/Text: camanagement@mtb.com Dec 21 2016 23:05:22      M&T Credit Services,
                 1 Fountain Plz Fl 4,    Buffalo, NY 14203
516498051      +E-mail/PDF: pa_dc_claims@navient.com Dec 21 2016 23:07:38      Navient,   Attn: Claims Dept,
                 Po Box 9500,    Wilkes-Barr, PA 18773-9500
516498059      +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2016 23:07:30      Syncb/Lord & Taylor,
                 Po Box 965015,    Orlando, FL 32896-5015
516498058      +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2016 23:07:48      Syncb/Lord & Taylor,
                 Po Box 103104,    Roswell, GA 30076-9104
516498061      +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2016 23:07:30      Synchrony Bank/ JC Penneys,
                 Po Box 965007,    Orlando, FL 32896-5007
516498060      +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2016 23:07:13      Synchrony Bank/ JC Penneys,
                 Po Box 965064,    Orlando, FL 32896-5064
516498062      +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2016 23:07:30      Synchrony Bank/Care Credit,
                 Po Box 965064,    Orlando, FL 32896-5064
516498063      +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2016 23:07:13      Synchrony Bank/Care Credit,
                 Po Box 965005,    Orlando, FL 32896-5005
516498064      +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2016 23:07:48      Synchrony Bank/Care Credit,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
516498065      +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2016 23:07:30      Synchrony Bank/Gap,
                 Po Box 965064,    Orlando, FL 32896-5064
516498066      +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2016 23:07:30      Synchrony Bank/Gap,
                 Po Box 965005,    Orlando, FL 32896-5005
516498070      +E-mail/Text: office@ubtfcu.org Dec 21 2016 23:05:33      Union Bldg Trades Fcu,   Po Box 6270,
                 Parsippany, NJ 07054-7270
                                                                                              TOTAL: 24

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2016                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-1           User: admin                    Page 3 of 3                    Date Rcvd: Dec 21, 2016
                               Form ID: pdf905                Total Noticed: 70
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2016 at the address(es) listed below:
              Andrew    Sklar    andy@sklarlaw.com,   NJ43@ecfcbis.com;dolores@sklarlaw.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Linda S. Fossi    on behalf of Creditor    US Bank Cust Pro Cap 4 & CRDTRS lfossi@zeitzlawfirm.com,
               gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
              William    Mackin    on behalf of Joint Debtor Jennifer Lynn Rappa wmackin@shermansilverstein.com,
               ign@shermansilverstein.com
              William    Mackin    on behalf of Debtor Daniel Patrick Rappa wmackin@shermansilverstein.com,
               ign@shermansilverstein.com
                                                                                              TOTAL: 5
```