Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

            Case No.: 16–31734–ABA
            Chapter: 7
            Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Daniel Patrick Rappa | Jennifer Lynn Rappa |
| 1604 S. Delaware Street | 1604 S. Delaware Street |
| Paulsboro, NJ 08066 | Paulsboro, NJ 08066 |

Social Security No.:
  xxx–xx–9663                        xxx–xx–2383

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Andrew Sklar is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>February 24, 2017</u>                <u>Andrew B. Altenburg Jr.</u>
                                                Judge, United States Bankruptcy Court